**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOREST LABORATORIES, LLC, FOREST LABORATORIES HOLDINGS, LTD., MERCK KGaA and MERCK PATENT GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG,<br><br>        Plaintiffs,<br><br>  v.<br><br>ALEMBIC PHARMACEUTICALS LTD., ALEMBIC GLOBAL HOLDING SA, and ALEMBIC PHARMACEUTICALS, INC.,<br><br>        Defendants. | C.A. No. 1:15-cv-00272 (GMS)<br>(**CONSOLIDATED**) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 11, 2016, a true and correct copy of Defendants Alembic Pharmaceuticals Ltd., Alembic Global Holding SA, and Alembic Pharmaceuticals, Inc.'s Responses and Objections to Plaintiffs' Third Set of Requests for Documents and Things (No. 40) was served on the following counsel by electronic mail:

> Jack B. Blumenfeld
> Maryellen Noreika
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market St.
> P.O. Box 1347
> Wilmington, Delaware 19801
> jblumenfeld@mnat.com
> mnoreika@mnat.com

Dated: March 11, 2016

        SMITH, KATZENSTEIN & JENKINS LLP

        */s/ Eve H. Ormerod*
        Neal C. Belgam (No. 2721)
        Eve H. Ormerod (No. 5369)
        1000 West Street, Suite 1501
        P.O. Box 410
        Wilmington, DE  19899 (courier 19801)
        302.652.8400
        nbelgam@skjlaw.com
        eormerod@skjlaw.com

        *Attorneys for Defendants*
        *Alembic Pharmaceuticals Ltd.,*
        *Alembic Global Holding SA, and*
        *Alembic Pharmaceuticals, Inc.*