# EXHIBIT A

## EXHIBIT A

### Terms for which the parties agree on claim construction

| Claim Term | Patent/Claim | Stipulated Construction |
|---|---|---|
| **"treating"** | '020 patent, claim 2; '195 patent, claim 1 '804 patent, claim 1 '921 patent, claims 10, 12-14 | "attempting to cause a therapeutic effect on" |
| **"is treated in the patient"** | '195 patent, claims 1 '804 patent, claim 1 | "an attempt is made to cause a therapeutic effect in the patient" |

### Terms for which the parties agree no construction is required and plain and ordinary meaning should be applied

| Claim Term | Patent/Claim |
|---|---|
| **"hydrate"** | '195 patent, claims 4-6; '921 patent, claims 1, 5 |
| **"anhydrate"** | '020 patent, claim 1 '195 patent, claims 3, 7 '804 patent, claim 1 '921 patent, claims 1-3, 5, 11 |
| **"solvate"** | '921 patent, claims 1, 4 |
| **"dihydrochloride"** | '921 patent, claim 1 |
| **"conventional"**[1] | '195 patent, claim 2 '804 patent, claim 1 '921 patent, claims 11, 15 |

---

[1] Defendants reserve the right to contend that this term is indefinite under 35 U.S.C. § 112.

**Clauses the parties agree are limiting**

| Clause | Patent/Claim |
|---|---|
| "wherein said patient is suffering from a depressive disorder" | '020 patent, claim 4 |
| "wherein said patient is suffering from a major depressive disorder" | '020 patent, claim 5 |
| "wherein the major depressive disorder is treated in the patient" | '804 patent, claim 1 |
| "wherein a depressive disorder is treated in the patient" | '195 patent, claim 1 |
| "wherein the depressive disorder is major depressive disorder" | '195 patent, claim 16 |

**Clauses the parties agree are not limiting**

| Clause | Patent/Claim |
|---|---|
| "A method of treating a depressive disorder" | '195 patent, claim 1 |
| "A method of treating a major depressive disorder" | '804 patent, claim 1 |

# EXHIBIT B

**EXHIBIT B**

**Joint Claim Construction Chart**

| Claim Term | Patent/Claim | Parties proposing to construe term | Plaintiffs' construction and intrinsic record citations | Defendants' construction and intrinsic record citations |
|---|---|---|---|---|
| **"administer"** **"administered"** **"administering"** | '020 patent, claim 2<br>'195 patent, claims 1-2<br>'804 patent, claim 1<br>'921 patent, claims 10, 12-14 | Defendants | ***Plain meaning/no construction required***<br><br>'804 patent[1], col. 15, ll. 29-36 and 64-67.<br><br>'241 patent, col. 8, ll. 39-55.<br><br>File history of '020 patent, preliminary amendment filed April 28, 2008, at pp. 5-8, 16.<br><br>File history of '195 patent, preliminary amendment filed November 12, 2010, at p. 2.<br><br>File history of '804 patent, claims as filed May 4, 2011, at p. 47; Amendment and Response to Non-Final Rejection, filed February 9, 2012, at p. 2; Amendment and Response to Final Rejection, | ***deliver[ed/ing] into the body***<br><br>'020 patent, *see, e.g.*, col. 15, lines 31-34; col. 28, lines 10-19<br><br>'195 patent, *see, e.g.*, col. 15, lines 12-15; col. 26, line 60-col. 27, line 2<br><br>'804 patent, *see, e.g.*, col. 15, lines 29-32; col. 27 line 14-col. 28, line 7<br><br>'921 patent, *see, e.g.*, col. 15, lines 27-30; col. 27, line 42-col. 28, line 4; col. 28, lines 10-44<br><br>'020 patent file history (VB0000001-617)<br><br>'195 patent file history |

---

[1] All the patents-in-suit share the same patent specification. Thus, all references to the specification herein are made to the '804 patent as a representative example, and include corresponding cites in the '020, '195, and '921 patents.

| Claim Term | Patent/Claim | Parties proposing to construe term | Plaintiffs' construction and intrinsic record citations | Defendants' construction and intrinsic record citations |
|---|---|---|---|---|
| | | | filed May 23, 2012, at pp. 2-4.<br><br>File history of '921 patent, preliminary amendment filed September 19, 2013, at pp. 4-5. | (VB0000618-1239)<br><br>'804 patent file history (VB0001240-1667)<br><br>'921 patent file history (VB0001668-1938) |
| "effective amount" | '804 patent, claim 1<br>'195 patent, claims 1-2<br>'921 patent, claims 13-14 | Defendants | ***Amount sufficient to promote a therapeutic effect***<br><br>'804 patent col. 1, ll. 30-36; col. 15, ll. 24-36; col. 16, ll. 24-26; '804 patent, col. 15, ll. 64-67.<br><br>U.S. Pat. No. 5,532,241, col. 8, ll. 24-55; col. 15, l. 16-col. 16, l. 14.<br><br>File history of '195 patent, preliminary amendment filed November 12, 2010, at p. 2; Amendment and Response to Non-Final Office Action, filed December 16, 2011, at p. 2.<br><br>File history of '804 patent, claims as filed May 4, 2011, at p. 47; Amendment and Response to Non-Final | ***An amount of the specified crystalline modification of vilazodone HCl sufficient to produce the desired effect***<br><br>'921 patent at col. 15, lines 62-65<br><br>'195 patent file history (VB0000618-1239), *see, e.g.*, August 17, 2011 non-final rejection (VB0000797-811);<br><br>'195 patent at col. 15 lines 47-50;<br><br>'804 patent at col. 15, lines 64-67. |

2

| **Claim Term** | **Patent/Claim** | **Parties proposing to construe term** | **Plaintiffs' construction and intrinsic record citations** | **Defendants' construction and intrinsic record citations** |
|---|---|---|---|---|
| | | | Rejection, filed February 9, 2012, at p. 2; Response After Final Action filed May 23, 2012, at pp. 2 and 4.<br><br>File history of '921 patent, preliminary amendment filed September 19, 2013, at p. 5. | |
| **"crystalline modification" or "crystalline"** | '020 patent, claim 1<br>'195 patent, claim 1<br>'804 patent, claim 1<br>'921 patent, claims 1, 5, 11, 13 | Defendants | *Crystalline form (for "crystalline modification"),*<br><br>*plain meaning/no construction required (for "crystalline")*<br><br>'804 patent, Abstract; col. 1, ll. 52-67; col. 2, ll. 1-16; col. 2, l. 20 to col. 3, l. 19; col. 4, ll. 18-20, 32-38, and 44-46; col. 5, ll. 1-3, 19-22 and 43-48; col. 6, ll. 26-33; col. 7, ll. 10-18 and 37-43; col. 8, ll. 12-19 and 50-56; col. 9, ll. 5-8, 12-15, and 48-54; col. 11, ll. 34-39; col. 12, ll. 5-13, 39-42, and 61-67; col. 13, ll. 34-36, 54-55 and 62-67; col. 14, ll. 11-12 and 29-32; col. 16, ll. 10-13, 42-43 and 50-56; col. 17, ll. 1-2, 12-13, 28-30 and 63-65; col. 18, | *Entirely in crystalline form comprising only Form I to XVI, and combinations thereof (as appropriate)*<br><br>'020 patent, *see, e.g.*, Abstract; col. 1, line 14-col. 2, line 6; col. 2, line 10-col. 3, line 20; col. 4, line 65-col 5, line 25; col. 14, line 62–col. 15, line 17; col. 15, lines 31-42; col. 15, lines 56-67; col. 16, lines 1-5; col. 16, lines 15-20; col. 27, line 40-col. 28, line 9.<br><br>'020 patent file history (VB0000001-617), *see, e.g.*, September 1, 2009 Requirement for Restriction (VB0000350-359); September 11, 2009 Response to Restriction (VB0000333-347); |

3

| Claim Term | Patent/Claim | Parties proposing to construe term | Plaintiffs' construction and intrinsic record citations | Defendants' construction and intrinsic record citations |
|---|---|---|---|---|
| | | | ll. 12-14, 31-32, 41-44, 48-52, and 63-67; col. 19, ll. 10-16, and 20-24; col. 20, ll. 23-27.<br><br>File history of '020 patent, claims as filed April 28, 2008, at pp. 47-49; preliminary amendment filed April 28, 2008, at pp. 3-15; Response to Restriction Requirement filed September 11, 2009, at pp. 2-14; Supplemental Response filed September 23, 2009, at pp. 2-14; Amendment after Non-Final Rejection filed March 18, 2010, at pp. 2-3 and 6-8.<br><br>File history of '195 patent, claims as filed November 12, 2010, at pp. 47-49; preliminary amendment filed November 12, 2010, at pp. 2-3 and 5; Non-Final Rejection, mailed August 17, 2011, at pp. 13-14; Amendment and Response after Non-Final Rejection, filed December 16, 2011, at pp. 2-3.<br><br>File history of '804 patent, | September 23, 2009 Supplemental Response to Restriction (VB0000314-329); December 18, 2009 Non-Final Rejection (VB0000266-272); March 18, 2010 Amendment (VB0000253-262); July 29, 2010 Notice of Allowance (VB0000212-217).<br><br>'195 patent, *see, e.g.*, Abstract; col. 1, line 15-col. 2, line 9; col. 2, line 12-col. 3, line 24; col. 4, line 59-col 5, line 13; col. 5, line 9-10; col. 14, line 43-65; col. 15, lines 12-19; col. 15, lines 35-50; col. 15, lines 60-67; col. 26, lines 60-65.<br><br>'195 patent file history (VB0000618-1239), *see, e.g.*, August 17, 2011 non-final rejection (VB0000797-811); December 16, 2011 Response (VB0000669-675); March 19, 2012 Notice of Allowance (VB0000650-656).<br><br>'804 patent, *see, e.g.*, Abstract; col. 1, line 24-col. 2, line 16; col. 2, line 20-col. 3, line 30; |

4

| **Claim Term** | **Patent/Claim** | **Parties proposing to construe term** | **Plaintiffs' construction and intrinsic record citations** | **Defendants' construction and intrinsic record citations** |
|---|---|---|---|---|
| | | | claims as filed May 4, 2011, at pp. 47-48; Amendment and Response to Non-Final Rejection, filed February 9, 2012, at pp. 2-5; Amendment and Response to Final Rejection, filed May 23, 2012, at pp. 2 and 4.<br><br>File history of '921 patent, claims as filed September 19, 2013, at pp. 47-49; preliminary amendment filed September 19, 2013, at pp. 3-5; Notice of Allowability mailed December 13, 2013 at p. 2. | col. 5, lines 1-22; col. 14, line 60-col. 15, line 15; col. 15 lines 29-36; col. 15, lines 52-67, col. 16, lines 10-17; col. 27, line 15-col. 28, line 7.<br><br>'804 patent file history (VB0001240-1667), *see, e.g.*, November 18, 2011 Non-Final Rejection (VB0001387-1396); February 9, 2012 Amendment and Response (VB0001297-1301); March 27, 2012 Final Rejection (VB0001283-1293); May 23, 2012 Amendment and Response (VB0001272-1276); June 4, 2012 Notice of Allowance(VB0001246-1253).<br><br>'921 patent, *see, e.g.*, Abstract; col. 1, line 29-col. 2, line 21; col. 2, line 25-col. 3, line 35; col. 5, lines 4-25; col. 14, line 58-col. 15, line 13; col. 15 lines 22-34; col. 15, lines 50-65, col. 16, lines 8-15; col. 27, lines 13-17; col. 27, lines 23-28; col. 28, lines 5-9; col. 28, lines 21-33.<br><br>'921 patent file history |

| Claim Term | Patent/Claim | Parties proposing to construe term | Plaintiffs' construction and intrinsic record citations | Defendants' construction and intrinsic record citations |
|---|---|---|---|---|
| | | | | (VB0001668-1938), *see, e.g.*, December 13, 2013 Notice of Allowance (VB0001680-1688). |
| **"exhibits the following XRD data"** | '020 patent, claim 1 | Defendants | ***Displays X-ray diffraction pattern consistent with the following values, with experimental error ranges (e.g., +/- 0.1° for two-theta values)***<br><br>'804 patent, cols. 24-27, Table III.<br><br>File history of '020 patent, Amendment after Non-Final Rejection filed March 18, 2010, at pp. 2-3, 6, and 8. | ***Must show all the following peaks and intensities***<br><br>'020 patent file history (VB0000001 – VB0000617), *see, e.g.,* April 28, 2008 Claims, (VB0000593 – VB0000602); September 23, 2009 Non-Final Rejection, (VB0000266 - VB0000272); March 18, 2010 Amended Claims<br><br>(VB0000254 – VB0000255); June 17, 2010 Notice of Allowance<br><br>(VB0000212 – VB0000217). |
| **"corresponding to"** | '804 patent, claims 1-3 | Defendants | ***Consistent with***<br><br>'804 patent, cols. 24-27, Table III.<br><br>File history of '804 patent, | ***Matching the precise values recited in the claims***<br><br>Application 12/566,835 (Parent to the '804 Patent) |

6

| Claim Term | Patent/Claim | Parties proposing to construe term | Plaintiffs' construction and intrinsic record citations | Defendants' construction and intrinsic record citations |
|---|---|---|---|---|
| | | | Amendment and Response to Non-Final Office Action, filed February 9, 2012, at pp. 2 and 4; Response After Final Action filed May 23, 2012, at pp. 2 and 4. | |
| "characteristic peak" | '804 patent, claims 1-3 | Defendants | ***Peak representative of a crystalline form's X-ray diffraction pattern***<br><br>'804 patent col. 5, ll. 23-25; col. 6, ll. 7-9 and 58-60; col. 7, ll. 33-34 and 58-60; col. 8, ll. 33-35; col. 9, ll. 29-31; col. 10, ll. 22-24 and 62-64; col. 11, ll. 55-57; col. 12, ll. 43-45; col. 13, ll. 16-18 and 43-44; col. 14, ll. 6-8 and 36-37; col. 20, ll. 30-31; cols. 24-27, Table III.<br><br>File history of '804 patent, Amendment and Response to Non-Final Rejection, filed February 9, 2012, at pp. 2-4; Amendment and Response to Final Rejection, filed May 23, 2012, at pp. 2 and 4. | ***A powder XRD peak having intensity ≥ 3*noise, which serves to identify the crystalline modification***<br><br>'804 patent, Table III (*e.g.*, caption (e.g., col. 24, lines 30-35), footnote to Table III (col. 27, line 11, "*further peaks exhibit intensities <3*noise"), col. 26, lines 47-49).<br><br>'804 patent file history (VB0001240-1667), *see, e.g.*, November 18, 2011 Non-Final Rejection (VB0001387-1396); February 9, 2012 Amendment and Response (VB0001297-1301); |
| "A method of treating a patient | '020 patent, claim 2; | Plaintiffs | ***Entire preamble is limiting*** | ***"A method of treating," is not*** |

7

| Claim Term | Patent/Claim | Parties proposing to construe term | Plaintiffs' construction and intrinsic record citations | Defendants' construction and intrinsic record citations |
|---|---|---|---|---|
| **suffering from a depressive disorder, an anxiety disorder, a bipolar disorder, mania, dementia, a substance-related disorder, a sexual dysfunction, an eating disorder, obesity, fibromyalgia, a sleeping disorder, a psychiatric disorder, cerebral infarct, tension, side-effects in the treatment of hypertension, a cerebral disorder, chronic pain, acromegaly, hypogonadism, secondary amenorrhea, premenstrual syndrome, undesired puerperal lactation, or combinations thereof"** | '921 patent, claims 10, 12 -14 | | '804 patent, Abstract, col. 1, ll. 24-26 and 30-36; col. 2, l. 39 to col. 3, l. 30; col. 14, l. 60- col. 15, l. 23; col. 15, ll. 37-39; col. 15, l. 52 to col. 16, l. 13.<br><br>File history of '020 patent, claims as filed April 28, 2008, at pp. 47-50; preliminary amendment filed April 28, 2008, at pp. 4-8, 16; Response to Restriction Requirement filed September 11, 2009, at pp. 3-6; Supplemental Response to Restriction Requirement filed September 23, 2009, at pp. 3-6; Response to Non-Final Office Action filed March 18, 2010, at pp. 3-4 and 7; Request for Extension of Patent Term under 35 U.S.C. § 156 filed March 17, 2011, at pp. 5-6.<br><br>File history of '195 patent, claims as filed November 12, 2010, at pp. 47-50; preliminary amendment filed November 12, 2010, at pp. 2 and 5; Amendment and Response to | *limiting*<br><br>'020 patent, *see, e.g.*, col. 14, lines 66-67; col. 16, lines 1-4); col. 28, lines 10-19<br><br>'921 patent, *see, e.g.*, col. 2, lines 46-47; col. 15, lines 62-65; col. 27, line 42-col. 28, line 4; col. 28, lines 10-44 |

| **Claim Term** | **Patent/Claim** | **Parties proposing to construe term** | **Plaintiffs' construction and intrinsic record citations** | **Defendants' construction and intrinsic record citations** |
|---|---|---|---|---|
| | | | Non-Final Office Action, filed December 16, 2011, at pp. 2-4. File history of '804 patent, claims as filed May 4, 2011, at p. 47; Amendment and Response to Non-Final Rejection, filed February 9, 2012, at pp. 2-3; Amendment and Response to Final Rejection, filed May 23, 2012, at pp. 2, 4. File history of '921 patent, claims as filed September 19, 2013, at pp. 48-50; preliminary amendment filed September 19, 2013, at pp. 4-6. | |