IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, LLC, FOREST LABORATORIES HOLDINGS, LTD., MERCK KGaA and MERCK PATENT GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG, <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE INC., et al. <br><br> Defendants. | C.A. No. 15-272 (GMS) <br> CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Supplemental Infringement Contentions Against Defendant Accord Healthcare, Inc.* were caused to be served on April 17, 2017 upon the following in the manner indicated:

John C. Phillips, Jr., Esquire                                                       *VIA ELECTRONIC MAIL*
David A. Bilson, Esquire
Megan C. Haney, Esquire
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806
*Attorneys for Defendant Accord Healthcare Inc.*

Neil F. Greenblum, Esquire                                                         *VIA ELECTRONIC MAIL*
Michael J. Fink, Esquire
P. Branko Pejic, Esquire
Paul A. Braier, Esquire
Jill M. Browning, Esquire
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA  20191
*Attorneys for Defendant Accord Healthcare Inc.*

The undersigned hereby further certifies that copies of *Plaintiffs' Supplemental Infringement Contentions Against Defendant Apotex Inc. and Apotex Corp.* were caused to be served on April 17, 2017 upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | VIA ELECTRONIC MAIL |
| Stephen R. Auten Esquire<br>Richard T. Ruzich, Esquire<br>Andrew M. Alul, Esquire<br>Roger Kiley, Esquire<br>Ian Scott, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | VIA ELECTRONIC MAIL |
| Philip Y. Kouyoumdjian, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>Virgo Business Centers<br>14 Penn Plaza, 9th Floor<br>New York, NY 10122<br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | VIA ELECTRONIC MAIL |

The undersigned hereby further certifies that copies of *Plaintiffs' Supplemental Infringement Contentions Against Defendant Invagen Pharmaceuticals, Inc.* were caused to be served on April 17, 2017 upon the following in the manner indicated:

| | |
|---|---|
| R Touhey Myer, Esquire<br>CAESAR RIVISE, PC<br>800 North King Street, Suite 304<br>Wilmington, DE 19801<br>*Attorneys for Defendant Invagen Pharmaceuticals Inc.* | VIA ELECTRONIC MAIL |

Robert S. Silver, Esquire                                                   *VIA ELECTRONIC MAIL*
Salvatore Guerriero, Esquire
Pei-Ru Wey, Esquire
Lynn Terrebonne, Esquire
CAESAR RIVISE, PC
1635 Market Street
Seven Penn Center, 12th Floor
Philadelphia, PA  19103
*Attorneys for Defendant Invagen Pharmaceuticals Inc.*

                                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                         */s/ Maryellen Noreika*

                                         Jack B. Blumenfeld (#1014)
OF COUNSEL:                           Maryellen Noreika (#3208)
                                         1201 North Market Street
David B. Bassett                        P.O. Box 1347
WILMER CUTLER PICKERING HALE & DORR LLP   Wilmington, DE  19899
7 World Trade Center                (302) 658-9200
250 Greenwich Street              jblumenfeld@mnat.com
New York, NY  10007              mnoreika@mnat.com
(212) 230-8800

                                         *Attorneys for Plaintiffs*

Vinita Ferrera
Emily R. Whelan
Anna Lumelsky
Deric X. Geng, Ph.D.
William C. Kinder
Jennifer Brown
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

April 17, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 17, 2017, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendant Accord Healthcare Inc.* | *VIA ELECTRONIC MAIL* |
| Neil F. Greenblum, Esquire<br>Michael J. Fink, Esquire<br>P. Branko Pejic, Esquire<br>Paul A. Braier, Esquire<br>Jill M. Browning, Esquire<br>GREENBLUM & BERNSTEIN, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA  20191<br>*Attorneys for Defendant Accord Healthcare Inc.* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>SMITH KATZENSTEIN JENKINS LLP<br>Brandywine Building<br>100 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendants Alembic*<br>*Pharmaceuticals Ltd., Alembic Global Holding SA*<br>*and Alembic Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

William O. Adams, Esquire  VIA ELECTRONIC MAIL
Karen M. Cassidy, Esquire
KNOBBE MARTENS
2040 Main Street, 14th Floor
Irvine, CA 92614
*Attorneys for Defendants Alembic*
*Pharmaceuticals Ltd., Alembic Global Holding*
*SA and Alembic Pharmaceuticals, Inc.*

Kenneth L. Dorsney, Esquire  VIA ELECTRONIC MAIL
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Stephen R. Auten Esquire  VIA ELECTRONIC MAIL
Richard T. Ruzich, Esquire
Andrew M. Alul, Esquire
Roger Kiley, Esquire
Ian Scott, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Philip Y. Kouyoumdjian, Esquire  VIA ELECTRONIC MAIL
TAFT STETTINIUS & HOLLISTER LLP
Virgo Business Centers
14 Penn Plaza, 9th Floor
New York, NY 10122
*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

Richard L. Horwitz, Esquire  VIA ELECTRONIC MAIL
David E. Moore, Esquire
Bindu A. Palapura, Esquire
Stephanie E. O'Byrne, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendant Teva Pharmaceuticals*
*USA, Inc.*

| | |
|---|---|
| John C. Rozendaal, Esquire<br>Michael E. Joffre, Esquire<br>Nirav N. Desai, Esquire<br>Krishan Y. Thakker, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1100 New York Avenue NW, Suite 600<br>Washington, DC  20005<br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| R Touhey Myer, Esquire<br>CAESAR RIVISE, PC<br>800 North King Street, Suite 304<br>Wilmington, DE  19801<br>*Attorneys for Defendant Invagen Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Robert S. Silver, Esquire<br>Salvatore Guerriero, Esquire<br>Pei-Ru Wey, Esquire<br>Lynn Terrebonne, Esquire<br>CAESAR RIVISE, PC<br>1635 Market Street<br>Seven Penn Center, 12th Floor<br>Philadelphia, PA  19103<br>*Attorneys for Defendant Invagen Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)