IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES, LLC, FOREST LABORATORIES HOLDINGS, LTD., MERCK KGAA and MERCK PATENT GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-272-GMS (consolidated) |
| v. | ) ) | |
| ACCORD HEALTHCARE, INC. et. al., | ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER AMENDING THE SCHEDULING ORDER**

WHEREAS, the Court entered the parties' proposed Scheduling Order (D.I. 18) in this action on August 24, 2015, the parties' amended Scheduling Order (D.I. 125) on February 27, 2017, and the parties' amended Scheduling Order (D.I. 145) on May 19, 2017;

WHEREAS, the parties, subject to the approval of the Court, have agreed to extend the deadlines to exchange expert reports and conduct expert depositions, and to provide dates on which their respective experts are available to be deposed by August 30, 2017, for the purpose of more efficiently completing expert discovery;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff Forest Laboratories, LLC, Forest Laboratories Holdings, Ltd., Merck KGaA, and Merck Patent Gesellschaft mit beschrankter Haftung (GmbH) (collectively, "Plaintiffs"), and Defendants Apotex Inc., Apotex Corp. and InvaGen

Pharmaceuticals Inc., (collectively, "Defendants"), subject to the approval of the Court, that the following deadlines are modified as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Expert Reports | 8/8/2017 | 8/30/2017 |
| Reply Expert Reports | 9/1/2017 | 9/25/2017 |
| Expert Discovery Cut-off | 10/25/2017 | 11/8/207 |

All other deadlines in the Scheduling Order (D.I. 18) shall remain the same.

Dated: July 31, 2017

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/*Jack Blumenfeld
    Jack Blumenfeld (#1014)
    Maryellen Noreika (#3208)
    1201 North Market Street
    P. O. Box 1347
    Wilmington, DE 19899
    Tel: (302) 658-9200
    Fax: (302) 425-3011
    jblumenfeld@mnat.com
    mnoreika@mnat.com

*Attorneys for Plaintiffs*

Respectfully submitted,

MORRIS JAMES LLP

By: */s/ Kenneth L. Dorsney*
    Kenneth L. Dorsney (#3726)
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
    Tel: (302) 888- 6800
    Fax: (302) 571-1750
    kdorsney@morrisjames.com

*Attorneys for Defendants Apotex Corp. and Apotex Inc.*

CAESAR RIVISE, PC
By: */s/ R Touhey Myer*
    R Touhey Myer (#5939)
    King Street Plaza, Suite 304
    800 North King Street,
    Wilmington, DE 19801
    Tel: (302) 544-9100
    Fax: (302) 544-9103
    tmyer@crbcp.com

*Attorneys for Defendant InvaGen Pharmaceuticals Inc.*

IT IS SO ORDERED, this _____ day of_____ 2017.

_____
The Honorable Gregory M. Sleet, U.S.D.J.